## JOSEPH P. GERARDI *v.* DENNIS J. MITCHELL
## (AC 19511)

O'Connell, C. J., and Spear and Dupont, Js.

Argued September 13—officially released November 2, 1999

Per Curiam. The judgment is affirmed.

## JEFFREY J. DONTIGNEY *v.* COMMISSIONER OF CORRECTION
## (AC 19175)

Foti, Lavery and Landau, Js.

Argued September 13—officially released November 2, 1999

Per Curiam. The appeal is dismissed.

## TOWN OF WINDHAM *v.* ROGER L. LECLAIR ET AL.
## (AC 19139)
## (AC 19140)
## (AC 19142)

O'Connell, C. J., and Schaller and Hennessy, Js.

Argued September 21—officially released November 2, 1999

Per Curiam. The judgments are affirmed.